1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   J.J.R.,                                    Case No. 5:18-cv-00393-DMG-SHK
12
13
     Plaintiff,
14                                              ORDER ACCEPTING FINDINGS
                            v.                  AND RECOMMENDATION OF
15                                              UNITED STATES MAGISTRATE
     NANCY A. BERRYHILL, Acting                 JUDGE
16   Commissioner of Social Security,
17                               Defendant.

18

19
          Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint,
20
     the Joint Stipulation, the relevant records on file, the Report and Recommendation
21
     ("R&R") of the United States Magistrate Judge, and Defendant's Objections to the
22
     R&R.  Docket Filing Number 1 ("Doc. # 1"), Complaint; Doc. # 12, Certified
23
     Administrative Record; Doc. # 15, Joint Stipulation; Doc. # 19, R&R; Doc. # 21,
24
     Defendant's Objections to R&R.  The Court accepts the findings and
25
     recommendation of the Magistrate Judge.
26
     / / /
27
     / / /
28

1    IT IS THEREFORE ORDERED that Judgment is entered **REVERSING** the

2  final decision of the Commissioner of the Social Security Administration and

3  **REMANDING** this case for further administrative proceedings.

4

5  DATED:  August 26, 2019

6                                                                    _____
                                                                     DOLLY M. GEE
7                                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28