JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.J.R.,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 5:18-cv-00393-DMG-SHK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the final decision of the Commissioner of the Social Security Administration is **REVERSED** and this case is **REMANDED** for further administrative proceedings

DATED: August 26, 2019

_____
DOLLY M. GEE
United States District Judge